FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG -4 PM 4:47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARSHALL WHITLEY #116400 | CIVIL ACTION |
| VERSUS | NO. 04-2316 |
| N BURL CAIN WARDEN | SECTION "J" (2) |

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☑ a certificate of appealability shall not be issued for the following reason(s):
Petitioner has failed to make a substantial showing of the Denial of a constitutional right, as set forth in the Magistrate's Report & Recommendation (Doc-14), adopted as the opinion of the undersigned (Doc-21).

Date: _____

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____